# BOUTHILLETTE DECL.

# EXHIBIT C

# (EXHIBIT FILED DIRECTLY WITH COURT PURSUANT TO PROTECTIVE ORDER)